EMIL VOSS, PLAINTIFF-PETITIONER, v. MABEL VOSS, DE-
FENDANT-RESPONDENT.

*Mr. Joseph L. Freiman* for the petitioner.

June 5, 1950.   Granted.